UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO ARTHUR GAMEZ ZUNIGA,<br><br>Petitioner,<br><br>v.<br><br>CAMILLA WAMSLEY et al.,<br><br>Respondents. | CASE NO. 2:25-cv-02527-LK<br><br>ORDER GRANTING STIPULATED DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation and Proposed Order Dismissing Habeas Petition. Dkt. No. 12. The parties "stipulate and agree that Petitioner's habeas petition shall be dismissed" because Respondents "provided Petitioner with a bond hearing, and he was granted bond and released from custody[.]" *Id.* at 2.

Having reviewed the parties' stipulation, the Court hereby dismisses the habeas petition pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to close the case.

Dated this 31st day of December, 2025.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED DISMISSAL - 1